DAVID R. HOUSTON, ESQ.
Law Office of David R. Houston
432 Court Street
Reno, Nevada  89501
(775) 786-4188

Attorney for Defendant
Richard Winston West II

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ROBERT GENE RAND, RICHARD WINSTON WEST II, aka RICHIE WEST, OMAR AHSAN AHMAD, JOSHUA ROSS GREEN, CLINT MITCHELL BLOODWORTH, KATHLEEN GRIFFIN, RYAN DANIEL SMITH, ALAN RUSSEL MARTINEZ, and BRADEN KYLE RILEY,<br><br>              Defendants. | Case No.: 3:16-CR-00029-MMD-WDC |

## **PROTECTIVE ORDER**

1. The Protective Order shall relate to any information/ documents/ and materials already provided as discovery to the defendants in this case and any discovery subsequently provided to the defendants in this case (collectively, "the protected information") and apply to the government, its agents and employees, as well as counsel for defendant and their agents and employees.

2. The Parties shall not disclose, or make public, any third party information, including communications intercepted over cell phones pursuant to Court-authorized Title III wiretaps, and/or medical records, patient files, and other personal identification

information except as set forth in paragraph 4.

3. The Parties shall not disclose or make public any personal identification information including financial account numbers, social security numbers, phone numbers, and addresses.

4. The Parties shall not make copies of the protected information for any third party or allow a third party to read the protected information or otherwise use said protected information for any other purpose other than preparing to defend against the charges of the Indictment or any further Superseding Indictment arising out of this case.

5. The Parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Order. Any person receiving confidential information shall not reveal to or discuss such information with any person who is not entitled to receive such confidential information.

6. The Parties upon conclusion of this action shall return to the government, or destroy and certify to government counsel such destruction, the protected information, within a reasonable time, not to exceed sixty days after the last appeal is final.

7. The terms of this Order do not preclude, limit, restrict or otherwise apply to use of documents at trial.

**SO ORDERED**

DATED: June 8, 2016.

*William G. Cobb*
HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE