UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GENE RAND, *et al*,<br><br>Defendants. | Case No. 3:16-cr-00029-MMD-WGC<br><br>ORDER |
|---|---|

Before the Court are two fugitive motions filed under seal by an individual who may be a government witness. (ECF Nos. 223, 224.) These motions are denied because the filer is not a party in this case and has no standing to seek any reliefs, particularly reliefs personal to the filer and unrelated to the indictment.[1]

It is therefore ordered that the two motions filed under seal (ECF Nos. 223, 224) are denied. However, before unsealing the motions, the Court directs the government to address whether they should be unsealed. The government's response is due within seven (7) days. The Clerk is directed to forward the two motions (ECF Nos. 223, 224) to the government.

DATED THIS 1st day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The Court cannot give legal advice and offers no comment as to whether the filer should initiate a separate action to seek the reliefs requested in these two motions.