UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00029-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROBERT GENE RAND, *et al*, | |
| Defendants. | |

The Court previously denied two fugitive motions ("Motions") filed under seal and directed the government to address whether the Motions should be unsealed. (ECF No. 225.) Defendant West moved for inclusion and participation. (ECF No. 231.) In its response, the government argues that the Court should strike the Motions as fugitive filings. (ECF No. 243.) The government further contends that the Court should deny West's motion as the question of whether and what discovery to provide is the government's responsibility. (*Id.* at 2.) However, the Motions are not discovery in this case. They are documents that should not have been filed in this case and the reliefs requested are not proper for this case. The Court finds no good cause to grant the filer's requests to file the Motions under seal and the government's response does not convince the Court otherwise.

It is therefore ordered that the Motions (ECF Nos. 223, 224) be unsealed. It is further ordered that the government's response (ECF No. 243) be unsealed. It is further

ordered that Defendant West's motion for inclusion and participation (ECF No. 231) is denied as moot.

DATED THIS 9th day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE