CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
peter.s.levitt@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-0029-MMD-WGC |
| Plaintiff, | JOINT STIPULATION TO CONTINUE DEADLINE TO FILE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT OF REDUCTION OF SENTENCE [ECF No. 792] (First Request) |
| vs. | |
| ROBERT EUGENE RAND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and PETER S. LEVITT, Assistant United States Attorney, counsel for the United States of America; and BRANDON SAMPLE, Esq., counsel for Defendant ROBERT EUGENE RAND, that the government's response to Rand's Motion and Memorandum in Support of Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 792) ("Def. Mot.") be continued from June 21, 2021 to July 6, 2021.

This stipulation is entered into for the following reasons:

1. Rand is currently incarcerated and serving his 120-month custodial sentence at Lompoc USP in California. His projected release date is November 4, 2024. *See* Def. Mot. at 3; *see also* Judgment in a Criminal Case (ECF No. 668) (concurrent custodial sentences of 96 and 120 months, for involuntary manslaughter and unlawful distribution of opioids).

2. On June 14, 2021, Rand, through counsel, filed the instant motion under Section 3582(c)(1)(A), seeking a reduction of his sentence based on compassionate release. The government's response in opposition is currently due on June 21, 2121. ECF No. 792.

3. The government requires additional time to review Rand's motion and memorandum. In particular, the government needs to review Rand's medical records and his factual and legal arguments, and to fashion a response in opposition.

4. On June 15, 2021, the undersigned spoke with Rand's attorney, Brandon Sample, Esq., who advised there was no objection to the proposed continuance of the government's deadline to respond.

5. Rand will not be prejudiced by the brief continuance requested here.

6. This is the first request for a continuance of the government's deadline to file a response to ECF No. 792.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order that grants this Joint Stipulation.

DATED this 16th day of June, 2021.

    Respectfully submitted,

    CHRISTOPHER CHIOU
    Acting United States Attorney

    */s/ Peter S. Levitt*
    PETER S. LEVITT
    Assistant United States Attorney


    */s/ Brandon Sample, Esq.*
    BRANDON SAMPLE, ESQ.
    Attorney for Robert Rand

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT EUGENE RAND,<br><br>Defendant. | Case No. 3:16-cr-0029-MMD-WGC-1<br><br>**ORDER** |

Based on the pending Joint Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Rand is currently incarcerated and serving his custodial sentence in this case. His projected release date is November 4, 2024.

2. On June 14, 2021, Rand, through counsel, filed the instant motion under Section 3582(c)(1)(A), seeking a reduction of his sentence.

3. The government requires additional time to review Rand's medical records and his factual and legal arguments, and to fashion a response in opposition.

4. On June 15, 2021, counsel for the government spoke with Rand's attorney, who advised there was no objection to the proposed continuance.

5. Rand will not be prejudiced by the brief continuance requested here.

6. This is the first request for a continuance of the government's deadline to file a response to ECF No. 792.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance are in the best interest of this Court, the parties, and the public, and the failure to grant said continuance would be likely to

result in a miscarriage of justice and would deny the parties sufficient time and the opportunity to prepare their pleadings, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the government's response to Defendant Robert Eugene Rand's Motion and Memorandum in Support of Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 792), is due not later than July 6, 2021.

DATED  17th day of June, 2021.

_____
THE HONORABLE MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE