JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
WILLIAM R. REED
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
William.Reed@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT GENE RAND,<br><br>    Defendant. | Case No.: 3:16-cr-00029-MMD-CSD<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that William R. Reed, Assistant United States Attorney, has been assigned as counsel in the above captioned case.

DATED this 3rd day of July 2023.

                                              JASON M. FRIERSON
                                            United States Attorney

                                            */s/ William R. Reed*
                                            WILLIAM R. REED
                                            Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that on July 3, 2023, I electronically filed the foregoing **Government's Notice of Appearance** with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy was sent to the Defendant via first-class mail, at the following address:

> **ROBERT GENE RAND**
> **Reg. No. 23467-111**
> FCI TERMINAL ISLAND
> FEDERAL CORRECTIONAL INSTITUTION
> P.O. BOX 3007
> SAN PEDRO, CA 90733

Dated this 3rd day of July 2023.

            *s /Nicole Vazquez*
            NICOLE VAZQUEZ
            Paralegal