PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**FILED**
Dec 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DOCKET NUMBER** *(Tran. Court)*
3:16CR00029

**DOCKET NUMBER** *(Rec. Court)*
1:24-cr-00291-KES

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Gene Rand | Nevada | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Miranda M. Du |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/04/2024 | 11/3/2027 |

**OFFENSE**
18 U.S.C. § 1112(a) – Involuntary Manslaughter
21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C) - Unlawful Distribution of a Controlled Substance - Oxycodone

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ties to, and residency in the State of California

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the EASTERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 26, 2024
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/3/2024
*Effective Date*

_____
*United States District Judge*

1